IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAISY LARCENA WALKER** | : |
| v. | : CIVIL ACTION NO. 20-4966 |
| **FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN and DEBRA ELAINE TUCKER** | : |

**ORDER**

This 2nd day of March, 2022, it is hereby **ORDERED** that Plaintiff Daisy Larcena Walker's Motion for Summary Judgment, ECF 28, is **DENIED**. It is further **ORDERED** that Defendants' Motion for Summary Judgment, ECF 25, is **GRANTED**.

Plaintiff's claims are **DISMISSED**. The Clerk of Court is requested to mark this case **CLOSED**.

/s/ Gerald Austin McHugh
United States District Judge